IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GALLEGO,

    Petitioner,          No. CIV S-01-1255 WBS JFM P

    vs.

SILVIA GARCIA, Warden,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 28, 2002, respondent was directed to file an answer and any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases.  On March 12, 2002, respondents filed an answer, but failed to lodge the appropriate state court transcripts, stating she had the transcripts, but would lodge them with the court upon further order of the court.  Respondent will be directed to provide those transcripts forthwith.

        In accordance with the above, IT IS HEREBY ORDERED that within ten days from the date of this order, respondent shall file any and all transcripts or other documents relevant to the determination of the issues presented in the application.

DATED: April 21, 2005.

                              UNITED STATES MAGISTRATE JUDGE

/001; gall1255.tra